UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA, : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | |
| : | 1:14-CV-3654-MHS |
| GREGORY FRANKLIN STARKS, : et al., | |
| : | |
| Defendants. | |
| : | |

## ORDER FOR SUMMARY REMAND

Pursuant to 28 U.S.C. § 1455((b)(4), since it clearly appears on the face of the notice and the exhibits attached thereto that removal of this state court criminal prosecution should not be permitted, the case is summarily REMANDED to the Superior Court of Fulton County.

IT IS SO ORDERED, this 17 day of November, 2014.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)